AO 91 (Rev. 08/09)  Criminal Complaint

FILED by ___ D.C.

AUG 0 7 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| EDUARDO RIGOBERTO BARTOLO | ) |
|  | ) |
|  | ) |

Case No. 18-8358-BER

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 5, 2018___ in the county of ___Palm Beach___ in the
___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/7/18

_____
*Judge's signature*

City and state: ___West Palm Beach, FL___    Bruce Reinhart U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. EDUARDO RIGOBERTO BARTOLO
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), and have been so employed for over fifteen years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Eduardo Rigoberto BARTOLO committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3.      On or about August 5, 2018, Eduardo Rigoberto BARTOLO was arrested in Palm Beach County, Florida on two counts of battery. He was booked and detained at the Palm Beach County Jail, where his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Eduardo Rigoberto BARTOLO.

4.      A review of the immigration alien file assigned to Eduardo Rigoberto BARTOLO shows that he is a native and citizen of Guatemala. Records further show that on or about September 2, 2008, Eduardo Rigoberto

1

BARTOLO was ordered removed from the United States. The Order of Removal was executed on or about September 4, 2008, whereby Eduardo Rigoberto BARTOLO was removed from the United States and returned to Guatemala.

5.      Records further show that on or about April 22, 2005, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit of Florida in and for Palm Beach County, Eduardo Rigoberto BARTOLO was convicted of the felony offense of driving under suspension, in case number 05CF003817A02.

6.      On or about August 6, 2018, Deportation Officer Cynthia Alcocer took a sworn statement from Eduardo Rigoberto BARTOLO. Post-Miranda, Eduardo Rigoberto BARTOLO admitted to being a citizen of Guatemala, and to last entering into the United States illegally about 2016, after being previously removed from the United States in 2008. Eduardo Rigoberto BARTOLO further admitted that he did not seek permission from the U.S. government to re-enter the United States.

7.      I scanned Eduardo Rigoberto BARTOLO's fingerprints taken in connection with his August 5, 2018 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, that is Eduardo Rigoberto BARTOLO.

8.      I performed a record check in the Computer Linked Application Informational Management System to determine if Eduardo Rigoberto BARTOLO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database

2

system, no record was found to exist indicating that Eduardo Rigoberto BARTOLO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.      Based on the foregoing, I submit that probable cause exists to believe that, on or about August 5, 2018, Eduardo Rigoberto BARTOLO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this _____ day of August 2018.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Eduardo Rigoberto BARTOLO

**Case No:** 18-8358-BER

Count #: 1

Illegal re-entry after deportation

Title 8 U.S.C. §§ 1326(a) and (b)(1)

**\* Max.Penalty:** 10 Years Imprisonment; 3 Years Supervised Release; $250,000 Fine, $100 special assessment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-8358- BER

**UNITED STATES OF AMERICA**

**vs.**

**EDUARDO RIGOBERTO BARTOLO,**
**Defendant.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   __ Yes  _X_ No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? __ Yes  _X_  No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY:  _Susan R. Osb_____

Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003